UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RAYMOND WELCH,**

    **Plaintiff,**

v.

**NANCY A. BERRYHILL,
ACTING COMMISSIONER
OF SOCIAL SECURITY,**

    **Defendant.**

Case No.: 2:18-cv-186
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

## ORDER

The parties have filed a Joint Motion for an Award of Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA"), which is hereby **GRANTED**. (ECF No. 21.) Plaintiff is awarded the sum of $3,950.00. The award of attorney fees satisfies all of Plaintiff's claims for fees and expenses under 28 U.S.C. § 2412. The Court orders that the fee award is payable to Plaintiff. If counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

    **IT IS SO ORDERED.**

3-26-2019
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE